UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EGOR SKAPENKO,

Petitioner,

v.

CHRISTOPHER J. LaROSE, Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.:  26-cv-2168-RSH-DDL

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

[ECF No. 1]

On April 9, 2026, petitioner Egor Skapenko filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner alleges that he has been detained without a meaningful bond determination, *id.* at 2, and submits an immigration judge's order dated October 17, 2025, stating that Petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1225(b)(2)(A), *id.* at 80.

On April 15, 2026, Respondents filed a return conceding that the Court should order a bond hearing at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. ECF No. 4 at 1.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court within *fourteen (14) days* of this order,

at which the government bears the burden of proving by clear and convincing evidence that Petitioner presents a flight risk or a danger to the community. The Court declines to order Petitioner's immediate release, as the Petition has not established a legal basis for such relief.

**IT IS SO ORDERED**.

Dated: April 15, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-2168-RSH-DDL