

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Egor Skapenko

**Civil Action No.**  26-cv-2168-RSH-DDL

**Plaintiff,**

**V.**

Respondent: See attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition is GRANTED. The case is hereby closed.

**Date:**        5/7/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Nyamanjiva

S. Nyamanjiva, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-2168-RSH-DDL

Respondent:

Christofer J LaRose,
Warden, Otay Mesa Detention Center;

Field Officer Director, San Diego Office of Detention and Removal;

Acting Director, U.S. Immigration and Customs Enforcement;

Attorney General, U.S. Department of Justice;

Secretary, U.S. Department of Homeland Security;